9550 Regency Sq. Blvd  
Suite 500  
Jacksonville, FL 32225  
    10 10 00002622 A 432095  
RETURN SERVICE REQUESTED

**Central Credit Services, Inc.**  
A Collection Agency Since 1987  
P. O. Box 15118  
Jacksonville, FL 32239-5118  
888-904-1800

*Personal & Confidential*

MONDAY–THURSDAY 8AM-9PM, FRIDAY 8AM-5PM,  
SATURDAY 8AM-NOON EASTERN TIME

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 117  
1355872:  
JOANNE GRAFF  
210 El Carmelo Ave Uppr  
Palo Alto CA 94306-2377

December 29, 2006

**Client:** LVNV FUNDING LLC  
**Orig. Creditor:** Bank of America  
**Account:** 4888936990920393  
**Balance:** $4,995.28

This claim has been sent to us for collection. Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,  
Central Credit Services, Inc.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained shall be used for that purpose.

▼ Please Detach And Return in The Enclosed Envelope With Your Payment ▼

1355872-00100-11908  
JOANNE GRAFF  
210 El Carmelo Ave Uppr  
Palo Alto CA 94306-2377

Date: December 29, 2006

Balance: $4,995.28

Amount Enclosed:_____

EXHIBIT 1

**Central Credit Services, Inc.**  
Dept. A  
P.O. Box 15118  
Jacksonville, FL 32239-5118

CCS00100.1  
CCSB.WFD  
432095

9550 Regency Sq. Blvd
Suite 500
Jacksonville, FL 32225
RETURN SERVICE REQUESTED

10 10 00002622 A 432095

*Personal & Confidential*

1355872:
****************AUTO**MIXED AADC 117
JOANNE GRAFF
210 El Carmelo Ave Uppr
Palo Alto CA 94306-2377