Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF, | Case No. C07-03182-RMW-PVT |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CENTRAL CREDIT SERVICES, INC., a Florida corporation, and PETER PATRICK DURANTE, individually and in his official capacity, | |
| Defendants. | |

COMES NOW the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn

of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this

Court that Plaintiff, JO ANNE GRAFF, hereby dismisses, with prejudice, all claims made by her

against Defendants, CENTRAL CREDIT SERVICES, INC., and PETER PATRICK DURANTE,

in her Complaint filed herein on June 18, 2007.  Plaintiff further notifies the Court that her dispute

with Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
       Fred W. Schwinn, Esq.
       Attorney for Plaintiff
       JO ANNE GRAFF